UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Harold Edwin King,                                                         Case No. 16-cv-0575 (WMW/FLN)

                Plaintiff,

v.                                     **ORDER ADOPTING REPORT AND RECOMMENDATION**

American Public University System,

                Defendant.

---

This matter is before the Court on the June 6, 2016 Report and Recommendation of United States Magistrate Judge Franklin L. Noel. (Dkt. 4.) No objections to the Report and Recommendation have been filed in the time period permitted.

Based on the Report and Recommendation of the magistrate judge and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The magistrate judge's June 6, 2016 Report and Recommendation, (Dkt. 4), is **ADOPTED**;

2. Plaintiff's Complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 25, 2016                                               s/Wilhelmina M. Wright
                                                                          Wilhelmina M. Wright
                                                                          United States District Judge